# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET ALLEN,<br><br>             Plaintiff,<br><br>    v.<br><br>VALLEY STATE PRISON FOR WOMEN, et al.,<br><br>             Defendants. | Case No. 1:12-cv-00390-DLB PC<br><br>**ORDER TO SHOW CAUSE**<br><br>RESPONSE DUE WITHIN FOURTEEN DAYS |

    Plaintiff Janet Allen ("Plaintiff") is a former California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. On October 19, 2012, the Court dismissed Plaintiff's original complaint for failure to state a claim with leave to amend, and ordered Plaintiff to file an amended complaint within thirty days. ECF No. 7. As of the date of this order, Plaintiff has not responded. The Court's order was also returned as undeliverable on November 14, 2012.

    Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within **fourteen (14) days** from the date of service of this order why this action should not be dismissed for failure to obey a court order and failure to state a claim. Failure to timely respond or otherwise show cause will result in dismissal of this action for failure to obey a court order and failure to state a claim.

IT IS SO ORDERED.

    Dated: **February 11, 2013**         /s/ *Dennis L. Beck*
                                                   UNITED STATES MAGISTRATE JUDGE